1048

[No. 39406-1-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE
JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00164-0, Nicole MacInnes, J., entered
September 20, 1996. *Affirmed in part* and *remanded* by un-
published opinion per Kennedy, C.J., concurred in by Web-
ster and Becker, JJ.

[No. 39587-4-I.    Division One.    July 13, 1998.]

DEBORAH GATTIS, *as Personal Representative, Appellant*,
v. KING COUNTY FIRE DISTRICT NO. 27, ET AL., *Defendants*,
THE CITY OF BELLEVUE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00372-1, Michael J. Trickey, J., entered
October 21, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39535-1-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
DEAN FILLION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-08656-0, Linda C. Krese, J., entered
October 7, 1996. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Webster and Baker, JJ.

[No. 40028-2-I.    Division One.    July 13, 1998.]

ROJEH MALAKY, *Appellant*, v. THE STATE OF WASHINGTON,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-18313-1, Harriett M. Cody, J., entered
May 13 and December 16, 1996. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Grosse and Baker, JJ.